IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CV-531-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BAXLEY REAL PROPERTY: | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 1190 | ) | |
| E. CONNECTICUT AVE., SOUTHERN | ) | |
| PINES, NORTH CAROLINA, AS MORE | ) | |
| PARTICULARLY DESCRIBED IN A | ) | |
| WARRANTY DEED RECORDED IN | ) | |
| BOOK 6017, PAGE 549-551 OF THE | ) | |
| MOORE COUNTY RECORDS, AND | ) | |
| BEING TITLED IN THE NAME OF | ) | |
| RUDOLPH L. BAXLEY and | ) | |
| CONSTANCE A. BAXLEY, TRUSTEES | ) | |
| OF THE RUDOLPH L. BAXLEY AND | ) | |
| CONSTANCE A. BAXLEY | ) | |
| REVOCABLE TRUST DATED MARCH | ) | |
| 15, 2011, AND ANY AND ALL | ) | |
| PROCEEDS FROM THE SALE OF | ) | |
| SAID PROPERTY, | ) | |
| | ) | |
| Defendants. | ) | |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that the Declaration of Task Force Officer George Dennis of the Federal Bureau of Investigation, filed herein, be sealed until further order of this Court, except that a copy of the declaration shall be provided to the United States Attorney's Office for the Eastern

1

District of North Carolina.

SO ORDERED, this 18 day of March, 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge