IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CV-531-BO

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) UNITED STATES' MOTION TO STAY |
|  | ) CIVIL PROCEEDINGS |
| BAXLEY REAL PROPERTY: | ) |
| REAL PROPERTY LOCATED AT 1190 E. CONNECTICUT AVE., SOUTHERN PINES, NORTH CAROLINA, AS MORE PARTICULARLY DESCRIBED IN A WARRANTY DEED RECORDED IN BOOK 6017, PAGE 549-551 OF THE MOORE COUNTY RECORDS, AND BEING TITLED IN THE NAME OF RUDOLPH L. BAXLEY and CONSTANCE A. BAXLEY, TRUSTEES OF THE RUDOLPH L. BAXLEY AND CONSTANCE A. BAXLEY REVOCABLE TRUST DATED MARCH 15, 2011, AND ANY AND ALL PROCEEDS FROM THE SALE OF SAID PROPERTY, | ) |
| Defendants. | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and pursuant to 18 U.S.C. § 981(g)(1), respectfully requests a 120-day stay of the instant civil forfeiture proceedings, up to and including August 8, 2025. Counsel for the United States attempted to consult

1

with counsel for Claimants, but did not receive a response prior to filing to this motion.

The United States is contemporaneously filing a supporting memorandum *ex parte*. The Government is also contemporaneously filing a proposed order.

Respectfully submitted this 10th day of April, 2025.

        DANIEL P. BUBAR
        Acting United States Attorney

BY:   */s/ Matthew L. Fesak*
        MATTHEW L. FESAK
        Assistant United States Attorney
        Attorney for Plaintiff
        Civil Division
        150 Fayetteville Street, Suite 2100
        Raleigh, NC   27601
        Telephone:   (919) 856-4530
        Facsimile:    (919) 856-4821
        E-mail: matthew.fesak@usdoj.gov
        NC State Bar No. 35276

        *Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I served a copy of the forgoing sealed motion on below-listed counsel by filing it on CM/ECF.

Joseph E. Zeszotarski, Jr.
Gammon, Howard & Zeszotarski PLLC
115 ½ West Morgan Street
Raleigh, NC 27601

*Counsel for Claimants*

        DANIEL P. BUBAR
        Acting United States Attorney

        BY:   */s/ Matthew L. Fesak*
              MATTHEW L. FESAK
        Assistant United States Attorney
        Attorney for Plaintiff
        Civil Division
        150 Fayetteville Street, Suite 2100
        Raleigh, NC   27601
        Telephone:   (919) 856-4530
        Facsimile:    (919) 856-4821
        E-mail: matthew.fesak@usdoj.gov
        NC State Bar No. 35276

        *Counsel for the United States*