IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CV-531-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER SEALING |
| ) | |
| BAXLEY REAL PROPERTY: ) | |
| ) | |
| REAL PROPERTY LOCATED AT 1190 ) | |
| E. CONNECTICUT AVE., SOUTHERN ) | |
| PINES, NORTH CAROLINA, AS MORE ) | |
| PARTICULARLY DESCRIBED IN A ) | |
| WARRANTY DEED RECORDED IN ) | |
| BOOK 6017, PAGE 549-551 OF THE ) | |
| MOORE COUNTY RECORDS, AND ) | |
| BEING TITLED IN THE NAME OF ) | |
| RUDOLPH L. BAXLEY and ) | |
| CONSTANCE A. BAXLEY, TRUSTEES ) | |
| OF THE RUDOLPH L. BAXLEY AND ) | |
| CONSTANCE A. BAXLEY ) | |
| REVOCABLE TRUST DATED MARCH ) | |
| 15, 2011, AND ANY AND ALL ) | |
| PROCEEDS FROM THE SALE OF ) | |
| SAID PROPERTY, ) | |
| ) | |
| Defendants. ) | |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that the United States' *Ex Parte* and Sealed Memorandum in Support of its Motion to Stay filed herein, be sealed until further order of this Court, except that a copy of the Memorandum shall be provided to the United States Attorney's Office for the Eastern

1

District of North Carolina.

SO ORDERED, this \_\_\_\_\_ day of _____, 2025.

_____
TERRENCE W. BOYLE
United States District Judge