UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CV-531-BO

| |
|---|
| UNITED STATES OF AMERICA, |
| Plaintiff, |
| v. |
| BAXLEY REAL PROPERTY, |
| Defendant. |

NOW COMES CLAIMANT RUDOLPH L. BAXLEY, through undersigned counsel, and responds to the Government's Motion to Stay as follows:

Claimant Rudolph Baxley does not oppose the Motion to Stay at this time.

This the 24th day of April, 2025.

**GAMMON & ZESZOTARSKI, PLLC**

/s/   Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
N.C. State Bar No. 21310
jzeszotarski@ghz-law.com
P.O. Box 1127
Raleigh, NC  27602
(919) 521-5878

COUNSEL FOR CLAIMANT