IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CV-531-BO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BAXLEY REAL PROPERTY: | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 1190 | ) | |
| E. CONNECTICUT AVE., SOUTHERN | ) | |
| PINES, NORTH CAROLINA, AS MORE | ) | |
| PARTICULARLY DESCRIBED IN A | ) | |
| WARRANTY DEED RECORDED IN | ) | |
| BOOK 6017, PAGE 549-551 OF THE | ) | |
| MOORE COUNTY RECORDS, AND | ) | |
| BEING TITLED IN THE NAME OF | ) | |
| RUDOLPH L. BAXLEY and | ) | |
| CONSTANCE A. BAXLEY, TRUSTEES | ) | |
| OF THE RUDOLPH L. BAXLEY AND | ) | |
| CONSTANCE A. BAXLEY | ) | |
| REVOCABLE TRUST DATED MARCH | ) | |
| 15, 2011, AND ANY AND ALL | ) | |
| PROCEEDS FROM THE SALE OF | ) | |
| SAID PROPERTY, | ) | |
| | ) | |
| Defendants. | ) | |

For good cause shown on the United States' motion for a stay of the instant civil forfeiture proceedings pursuant to 18 U.S.C. § 981(g)(1) in light of an on-going investigation, it is hereby ORDERED that this matter is STAYED for 120 days, up to and including August 8, 2025.

SO ORDERED, this 29 day of April, 2025.

TERRENCE W. BOYLE
United States District Judge