UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CV-531-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **ORDER** |
| BAXLEY REAL PROPERTY, | |
| Defendant. | |

This matter comes before the Court on motion of Claimant Constance Baxley's counsel, Joseph E. Zeszotarski, Jr., to withdraw from further representation of her in this matter. For good cause shown, the Motion to Withdraw is GRANTED, and it is hereby ORDERED that Mr. Zeszotarski may withdraw from further representation of Constance Baxley.

SO ORDERED.

This the 29 day of April, 2025.

TERRENCE W. BOYLE
United States District Judge