IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CV-531-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BAXLEY REAL PROPERTY: | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 1190 E. CONNECTICUT AVE., SOUTHERN PINES, NORTH CAROLINA, AS MORE PARTICULARLY DESCRIBED IN A WARRANTY DEED RECORDED IN BOOK 6017, PAGE 549-551 OF THE MOORE COUNTY RECORDS, AND BEING TITLED IN THE NAME OF RUDOLPH L. BAXLEY and CONSTANCE A. BAXLEY, TRUSTEES OF THE RUDOLPH L. BAXLEY AND CONSTANCE A. BAXLEY REVOCABLE TRUST DATED MARCH 15, 2011, AND ANY AND ALL PROCEEDS FROM THE SALE OF SAID PROPERTY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

With the consent of all parties and for good cause shown on the United States' second motion for a stay of the instant civil forfeiture proceedings pursuant to 18 U.S.C. § 981(g)(1), it is hereby ORDERED that this matter is STAYED for an additional 120 days, up to and including December 6, 2025.

SO ORDERED, this 22nd day of August, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge